UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HECTOR ARIEL CHAVEZ VENTURA, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security, <br><br> Respondents. | Case No. 25-cv-12533 <br><br> **PETITION FOR WRIT OF HABEAS CORPUS** |

## INTRODUCTION

1. Petitioner Hector Ariel Chavez Ventura is a Guatemala national in valid Special Immigrant Juvenile, Deferred Action status. On information and belief, he was unlawfully detained by federal immigration agents on September 10, 2025.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that he was unlawfully detained and order his release.

## JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner resides in Lynn, MA, and was detained in Saugus, MA, and on information and belief is detained in the District of Massachusetts.

## PARTIES AND FACTS ALLEGED

6. The Petitioner Hector Ariel Chavez Ventura is a landscaper. He resides in Lynn, Massachusetts.

7. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

8. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

10. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

11. All respondents are named in their official capacities.

12. Petitioner is a Guatemala national in valid Special Immigrant Juvenile, Deferred Action status. On information and belief, he was detained without cause by U.S. Immigration and Customs Enforcement agents on September 10, 2025.

13. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

1. On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and in violation of his constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.

(4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(6) Grant any further relief this Court deems just and proper.

                                        Respectfully Submitted,
                                        HECTOR ARIEL CHAVEZ VENTURA
                                        By his attorney,

                                        /s/ Michael Tumposky
                                        Michael Tumposky
                                        BBO No. 660618
                                        Tumposky and Associates, P.C.
                                        88 Broad Street, Suite 101
                                        Boston, MA 02110
                                        T) (617)722-8220
                                        *Counsel for Petitioner*

Dated: September 10, 2025